## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

**DELTA FUEL CO. INC.**                    **CASE NO.  5:24-CV-00923**

**VERSUS**                                **JUDGE EDWARDS**

**STATE FARM MUTUAL AUTOMOBILE**          **MAG. JUDGE MCCLUSKY**
**INSURANCE CO., ET AL.**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered (Doc. 23), no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.  FED. R. CIV. P. 41(b).

**IT IS FURTHER ORDERED** that all pending motions are **DENIED AS MOOT.**

**THUS DONE** in Chambers on this 17th day of July, 2025.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE